# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

      v.                                             Crim. No. 7:17-CR-154-8H

TEEYA REEVES SCHEER

     On June 12, 2019, the above named was placed on probation for a period of 24 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                      I declare under penalty of perjury that the foregoing is true and correct.

                                      /s/ Van R. Freeman, Jr.  
                                      Van R. Freeman, Jr.  
                                      Deputy Chief U.S. Probation Officer  
                                      150 Rowan Street Suite 110  
                                      Fayetteville, NC 28301  
                                      Phone: 910-354-2542  
                                      Executed On: October 2, 2020

## ORDER OF COURT

     Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

     Dated this __5th__ day of __October__, 2020.

                                          Malcolm J. Howard  
                                          Senior U.S. District Judge